United States District Court
Southern District of Texas
**ENTERED**
August 18, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACQUELINE BRYANT, § <br> § <br> Plaintiff § <br> § <br> V. § <br> § <br> REPUBLIC-VANGUARD INSURANCE, § <br> COMPANY, UNITED PROPERTY & § <br> CASUALTY INSURANCE CO., KIM § <br> STEWART, and JOHN TYREE, § <br> § <br> Defendants § | CIVIL ACTION NO. 4:16-cv-03386 |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

On this date, came on for consideration, an Agreed Motion to Dismiss With Prejudice in the above styled and numbered cause, and the Court having considered same, and finding that all parties hereto are in agreement that said Motion should be granted;

IT IS ACCORDINGLY ORDERED, ADJUDGED and DECREED that all claims asserted or that could have been asserted by Plaintiff Jacqueline Bryant and Defendant United Property & Casualty Insurance Company in the above styled and numbered cause are hereby dismissed, with prejudice, with costs of Court to be paid by the party incurring same. This is a Final Order as to all claims and all parties.

SIGNED AND ENTERED on this the ___18th___ day of ___August___, 2017.

_____
JUDGE PRESIDING

2796171v1
11151.087